# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Evelyn Howard, | Case No. 2:16-cv-14273-VAR-EAS |
| Plaintiff, | Judge: |
| | Honorable Victoria A. Roberts |
| v. | |
| | Magistrate Judge: |
| United Collection Bureau, Inc., | Honorable Elizabeth A. Stafford |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED,

| HYSLIP & TAYLOR, LLC, LPA | TROUTMAN SANDERS LLP |
|---|---|
| By: /s/ David M. Menditto | By: /s/ Ethan G. Ostroff |
| David M. Menditto, Esq. | Ethan G. Ostroff, Esq. |
| 1100 W. Cermak Rd., Suite B410 | 222 Central Park Ave., Suite 2000 |
| Chicago, IL  60608 | Virginia Beach, VA  23462 |
| (T) 312-380-6110 | (T) 757-687-7541 |
| (F) 312-361-3509 | (F) 757-687-7510 |
| (E) davidm@fairdebt411.com | (E) ethan.ostroff@troutmansanders.com |
| Illinois Bar No. 6216541 | VA Bar No. 71610 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated: February 15, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2017, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Ethan G. Ostroff, Esq.
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA  23462

*Counsel for Defendant*

                                                                                       /s/ David M. Menditto

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Evelyn Howard,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>　　　　Defendant. | Case No. 2:16-cv-14273-VAR-EAS |

## **ORDER**

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS ORDERED that the above-captioned case is dismissed with prejudice, with each party to bear its own costs and fees.

DATE: <u>February 23, 2017</u>　　　　　　　S/Victoria A. Roberts
　　　　　　　　　　　　　　　　　　　　United States District Judge